# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNDANCE, INC.; and DOES 1 to 10,<br><br>Defendant. | Case No. 1:21-cv-04175<br><br><br><br>District Judge Martha M. Pacold<br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF SETTLEMENT

Plaintiff Linda Miller, through her undersigned counsel, hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Sundance, Inc. The parties are finalizing the settlement agreement and expect to file a dismissal within thirty days.

Dated: April 13, 2023

Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
**NYE, STIRLING, HALE, MILLER & SWEET LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Phone: 412-857-5352
ben@nshmlaw.com

*Attorneys for Plaintiff*
*and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 13th day of April, 2023.

                                                                               */s/ Benjamin J. Sweet*
                                                                                Benjamin J. Sweet