UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNDANCE, INC.; and DOES 1 to 10,<br><br>Defendant. | Case No. 1:21-cv-04175<br><br><br><br>District Judge Martha M. Pacold<br>Magistrate Judge Sheila M. Finnegan |

## STIPULATION FOR DISMISSAL

Plaintiff, LINDA MILLER, and Defendant, SUNDANCE, INC., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 15, 2023

NYE STIRLING, HALE,
MILLER & SWEET, LLP

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
ben@nshmlaw.com
1145 Bower Hill Road, Ste 104
Pittsburgh, Pennsylvania 15243
Phone: (412) 857-5350

*Attorneys for Plaintiff*

FISHER & PHILLIPS LLP

By: */s/ Scott C. Fanning*
Scott C. Fanning
sfanning@fisherphillips.com
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Phone: (312) 346-8061

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 15th day of May, 2023.

                                                             */s/ Benjamin J. Sweet*
                                                             Benjamin J. Sweet